

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-27-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/24/2021 12:51:25 PM
Transaction ID: 51134

Request New Judge        Return