UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

3:21CR27-DJH

FILED
JAMES J. VILT, JR. - CLERK
FEB 24 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                                   PLAINTIFF

vs.

ANTONEO WATKINS                                                            DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Erin G. McKenzie hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

_____
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX: (502) 582-5067
Email: erin.mckenzie@usdoj.gov