UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**

JAMES J. VILT, JR. - CLERK

FEB 24 2021

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES OF AMERICA

vs.                                            CRIMINAL ACTION NO.: 3:2 KR27-D

ANTONEO WATKINS                                                    DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Erin G. McKenzie, Assistant United

States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e),

Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the

Federal Grand Jury on February 24, 2021, charging the above-named defendant with a violation

of 18 USC 922(g)(1) be kept secret until the defendant is in custody, or have given bail, or the

warrants for arrest are returned unexecuted, and to further order that until the defendant is in

custody, or have given bail, or the warrants for arrest are returned unexecuted, that no person

disclose the return of the indictment, or any warrant or order issued pursuant thereto except as

necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

Erin G. McKenzie
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202