UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                                                              CRIMINAL ACTION NO.: 3:21CR27-DJ

ANTONEO WATKINS                                                         DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violation of 18 USC 922(g)(1), is hereby ORDERED to be kept secret until the defendant is in custody, or have given bail, or the warrants for arrest are returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendants.

This __24__ day of February, 2021.

_____
United States Magistrate Judge