# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                   **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER: 3:21CR-27-DJH**

**ANTONEO WATKINS**                                                                                              **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On March 2, 2021, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference.   Assistant United States Attorney Erin McKenzie appeared on behalf of the United States.   The defendant was present, in custody, at the Oldham County Detention Center.   The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights.   The defendant advised that he will retain counsel to represent him in the matter.

The defendant consented to procced with initial appearance via video conference.

The United States made an oral motion to unseal the Indictment.

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Indictment is **UNSEALED**.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment proceedings and a detention hearing via video conference on **March 3, 2021 at 2:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.   The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

This 4th day of March 2021

                                           **ENTERED BY ORDER OF THE COURT:**
                                           **COLIN H. LINDSAY**
                                           **UNITED STATES MAGISTRATE JUDGE**
                                           **JAMES J. VILT JR. CLERK**
                                           **BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

Copies: Counsel of Record
        U.S. Probation

:15