# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VS.**                                        **CRIMINAL ACTION NUMBER: 3:21CR-27-DJH**

**ANTONEO WATKINS**                                              **DEFENDANT**

## **ORDER**

On March 3, 2021, this matter was called via video conference for arraignment and detention hearing before Colin H. Lindsay, United States Magistrate Judge. Assistant United States Attorney Erin McKenzie appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. The proceeding was digitally recorded.

The defendant requested additional time to retain counsel. Accordingly,

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **March 4, 2021 at 2:00 p.m.** via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

This 4th day of March 2021

                                           **ENTERED BY ORDER OF THE COURT:**
                                           **COLIN H. LINDSAY**
                                           **UNITED STATES MAGISTRATE JUDGE**
                                           **JAMES J. VILT JR. CLERK**
                                           **BY:** /s/ *Theresa L. Burch* **- Deputy Clerk**

Copies: Counsel of Record
        U.S. Probation

:10