UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                  Plaintiff,

v.                                                                           Criminal Action No. 3:21-cr-27-DJH

ANTONEO WATKINS,                                                                                           Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 24, 2021, with the following counsel participating;

    For the United States:    Erin McKenzie

    For Defendant:    Brian Butler

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, the trial set for May 10, 2021, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial deadlines are **VACATED**.

(2) This matter is set for a telephonic status conference on **April 20, 2021, at 10:00 a.m.** Counsel shall connect to the conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

    March 24, 2021

Court Time: 00/05
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court

cc:    Jury Administrator

1