UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-27-DJH

ANTONEO WATKINS,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on April 20, 2021, with the following counsel participating:

    For the United States:     Erin McKenzie

    For Defendant:     Brian Butler

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a status conference on **May 6, 2021, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Counsel are **DIRECTED** to confer in advance regarding a trial schedule. Counsel shall notify the Court no later than **April 30, 2021**, if the parties wish to convert the status conference to a change-of-plea hearing.

April 20, 2021

Court Time: 00/05
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court

1