UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                              Criminal Action No. 3:21-cr-27-DJH

ANTONEO WATKINS,                                                                         Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on August 12, 2021, with the following counsel participating:

    For the United States:    Erin G. McKenzie

    For Defendant:    Brian Butler

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1) Sentencing proceedings are **RESET** for **September 2, 2021, at 9:30 a.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

2) On or before **August 19, 2021**, the parties **SHALL** submit the revised plea agreement as an attachment to a motion to enter a revised plea agreement.

August 12, 2021

*David J. Hale, Judge*
*United States District Court*

Court Time: 00/10
Court Reporter: April Dowell

1