UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-27-DJH

ANTONEO WATKINS,     Defendant.

\* \* \* \* \*

## **MEMORANDUM OF HEARING AND ORDER**

A hearing was held in this matter on September 2, 2021, with the following counsel participating:

> For the United States:     Erin McKenzie
>
> For Defendant:     Brian Butler

Defendant Antoneo Watkins was present. The Court confirmed that Watkins wished to substitute his Rule 11(c)(1)(C) plea agreement with a Rule 11(c)(1)(B) plea agreement and that he understood the consequences of that change. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The unopposed motion to substitute the plea agreement (Docket No. 33) is **GRANTED**. Without objection, the Court accepts the new plea agreement, which supersedes and replaces the parties' earlier agreement. The plea supplement (D.N. 21) remains unchanged.

(2) **Sentencing proceedings** are set in this case for **September 23, 2021, at 11:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The U.S. Probation Office shall update and file in the record the revised presentence investigation report no later than **September 9, 2021**, with objections from the parties due no later than **September 16, 2021**.

(3) The defendant shall remain on bond pending further order of the Court.

Court Time: 00/30
Court Reporter: Dena Legg