UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                               CRIMINAL ACTION NUMBER: 3:21CR-27-DJH

ANTONEO WATKINS                                             DEFENDANT

### O R D E R

This matter came before the Court on October 15, 2021, via video conference to conduct an initial appearance on bond violation petition. Assistant United States Attorney Josh Porter, on behalf of Erin McKenzie, appeared on behalf of the United States. Defendant Antoneo Watkins appeared in custody from the Oldham County Detention Center. Caitlyn Barnes, on behalf of Brian Butler, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with this hearing via video conference. The defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the charges contained therein and was advised of his rights.

The United States made an oral motion for the revocation of defendant's bond. Accordingly,

**IT IS HEREBY ORDERED** that this matter is scheduled for a bond revocation hearing on **October 20, 2021, at 10:30 a.m**. via video conference before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

:10

October 18, 2021

Colin H Lindsay, Magistrate Judge
United States District Court