**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**                              **CRIMINAL ACTION NUMBER: 3:21CR-27-DJH**

**ANTONEO WATKINS**                                                  **DEFENDANT**

<u>**O R D E R**</u>

  This matter came before the Court on October 20, 2021, via video conference to conduct a bond revocation hearing.　Assistant United States Attorney Rob Bonar, on behalf of Erin McKenzie, appeared on behalf of the United States. Defendant Antoneo Watkins appeared in custody from the Oldham County Detention Center.　Brian Butler, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

  The defendant, through counsel, consented to proceed with this hearing via video conference.

  The defendant, through counsel, elected to waive his right to a bond revocation hearing.

  **IT IS HEREBY ORDERED** that the defendant's bond entered on March 4, 2021 (DN 11) is **REVOKED**.　The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

October 21, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

:05